# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| ROBERT EUGENE MOORE, JR., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Civil No. 3:16-cv-02162 |
| | ) | Judge Trauger |
| ROBERT FULTON, ET AL., | ) | |
| Defendant. | ) | |

## O R D E R

On August 20, 2018, the magistrate judge issued a Report and Recommendation (DE #42), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's "Motion to Drop Lawsuit" (Docket No. 41) is GRANTED, and this case is DISMISSED with prejudice.

This Order constitutes the judgment in this case.

It is so **ORDERED.**

ENTER this 1st day of October 2018.

_____
ALETA A. TRAUGER
U.S. District Judge